No. 98–7340. LAWRENCE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–7341. MENDOZA-MORA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7342. LUNA-HERRERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7345. HOLLAND *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7357. NAGY *v.* UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT. C. A. 2d Cir. Certiorari denied.

No. 98–7364. MOLINA-SUERO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–7370. RODRIGUEZ-PENA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–7375. RAMOS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7379. QUINTERO-FIGUEROA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–7382. CUNNINGHAM *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–7385. BRUNETTI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7386. CONNELLY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7389. BRISENO-MANZO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7390. ARIAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7392. CHRISTY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7410. WARDELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.